IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| Chad Standley, on behalf of his minor son, B.M.S.,<br><br>    Plaintiff,<br><br>    v.<br><br>Vicki Nelms, Greg Neuman, and North Clackamas SD 12, an Oregon Public School District, authorized and chartered by the laws of the State of Oregon,<br><br>    Defendants. | No. 3:22-cv-00275-YY<br><br>ORDER |

HERNÁNDEZ, District Judge:

  Magistrate Judge Youlee Yim You issued a Findings and Recommendation on August 22, 2022, in which she recommends that this Court grant Defendants' Second Motion to Dismiss and dismiss this matter with prejudice. F&R, ECF 19. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

Plaintiff filed timely objections to the Magistrate Judge's Findings and Recommendation. Pl. Obj., ECF 21. When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has carefully considered Plaintiff's objections and concludes that there is no basis to modify the Findings and Recommendation. The Court has also reviewed the pertinent portions of the record *de novo* and finds no error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court adopts Magistrate Judge You's Findings and Recommendation [19]. Accordingly, the Court grants Defendants' Second Motion to Dismiss [16] and dismisses this matter with prejudice.

IT IS SO ORDERED.

DATED:    October 3, 2022    .

MARCO A. HERNÁNDEZ
United States District Judge